# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

\* \* \*

| | |
|---|---|
| FLORENTINA MARTIN,<br><br>　　　　　Plaintiff,<br><br>　v.<br><br>GUY THIELMAN, *et al.*,<br><br>　　　　　Defendants. | Case No. 2:17-cv-01042-APG-VCF<br><br>**ORDER DENYING AS MOOT THE DEFENDANTS' MOTION TO DISMISS**<br><br>(ECF No. 6) |

　　　In light of the amended complaint (ECF No. 11),

　　　IT IS ORDERED that the defendants' motion to dismiss **(ECF No. 6) is DENIED as moot**.

　　　DATED this 10th day of May, 2017.

　　　　　　　　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　　　　　　　ANDREW P. GORDON
　　　　　　　　　　　　　　　　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE